
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

## MINUTE ORDER - PRETRIAL CONFERENCE

JUDGE : McBryde
LAW CLERK: Lane Arnold
COURT REPORTER: Eileen Brewer

Case No.: 4:06-CV-891-A <u>Jose Merced v. City of Euless</u>

Date Held: 02-04-08

Time: 9:09 a.m. - 9:51 a.m.
      10:13 a.m. - 10:24 a.m.

Hearing Concluded: <u>YES</u>



Plaintiff's counsel: John Wheat Gibson

Defense counsel: Bradford Bullock, Adrian Spears

OTHER INFORMATION:
-Pretrial conference in chambers.
-Judge had questions and instructions re: pretrial orders.