*Request # 18*



# City Of Euless

201 N Ector Drive  Euless, TX 76039  (817)685-1594

# **Complaint Report**

| | |
|---|---|
| **Case #:** PETS021883C | **Open Date:** 09/04/04 **Time:** 16:15:57 |
| **Status:** Closed | **Dispatch Date:** / / **Time:** |
| **Beat:** SECTION 4 | **Arrive Date:** / / **Time:** |
| **Officer:** LARRY JAMES | **Depart Date:** / / **Time:** |
| | **Close Date:** 09/04/04 **Time:** 16:30:29 |

**Complainant:** Unspecified

**Address or location of complaint:**
203 IRONBRIDGE

**Complaint:**    SIG 50    CRUELTY/NEGLECT INVE

CHICKENS

**Owner:**    Unspecified    **ID:**    **Animal:**

**Previous History:**  ☐ **Complaints**  ☐ **Bites**  ☐ **Enforcements**  ☐ **Impounds**

**Complaint Validity:** Definitely Valid

**Animal Condition:**  DOA

**Patrol Requested:**

**Send Warning Letter:**

**Disposition Notes:**
CODE 6 NO VIOLATION WITNESSED

Processed by    larryj    at    15:41:41    on    06/21/06    using PetWhere

Civil Action No. 4-06CV-891-A
**Exhibit 5**



# City Of Euless

201 N Ector Drive  Euless, TX 76039  (817)685-1594

# Complaint Report

| | |
|---|---|
| **Case #:** PETS026121C | **Open Date:** 05/04/06 **Time:** 19:49:23 |
| **Status:** Closed | **Dispatch Date:** / / **Time:** |
| **Beat:** SECTION 4 | **Arrive Date:** / / **Time:** |
| **Officer:** Unspecified | **Depart Date:** / / **Time:** |
| | **Close Date:** 05/04/06 **Time:** 20:35:48 |

**Complainant:** Unspecified

**Address or location of complaint:**
203 IRONBRIDGE

**Complaint:**   SIG 34 ASSIST POLICE
K.W. SPARGUR

**Owner:**   Unspecified   **ID:**   **Animal:**

**Previous History:**  ☐ **Complaints**  ☐ **Bites**  ☐ **Enforcements**  ☐ **Impounds**

**Complaint Validity:** Definitely Valid

**Animal Condition:**  Unspecified

**Patrol Requested:**

**Send Warning Letter:**

**Disposition Notes:**
CODE 6 NO VIOLATION WITNESSED

Processed by       larryj      at     15.37.04    on    06/21/06    using PetWhere*

# EULESS POLICE DEPARTMENT

Page  1

## Call For Service Report

### Call For Service

| | | | | | |
|---|---|---|---|---|---|
| Call Number | 0400049674 | Date / Time Call Received | 09/04/04 16:41:31 | Call Received by | Pacek,C. #419 |
| ORI Number | FFFFFFFFF | Date / Time Dispatched | 09/04/04 16:43:28 | Call Entered by | Pacek,C. #419 |
| Call Source | Phone Call | Date / Time Enroute | 09/04/04 16:43:32 | Call Dispatched by | Galaviz,A.O. #408 |
| Call Type | BACK UP UNIT | Date / Time Cleared | 09/04/04 16:50:37 | | |
| Call Disposition | B   ASSISTANCE RENDE | Date / Time Arrived | 09/04/04 16:45:23 | | |

### Reportee

Reportee (First,Middle,Last) **Larry James**

Reportee Street Number    **203 IRONBRIDGE PL  Euless**                                  Phone

### Police

| | | | |
|---|---|---|---|
| Police Number **0400049674** | District **4** | Reporting Area | Sector |
| Date/Time Arrested | Prisoner Transport | Mileage In | Mileage Out |

### Location

Location Name                                          Location Type

Location(St#, St, Apt,City,Zip, **203     IRONBRIDGE PL      Euless       76039   Tarrant**

### Occupant/Suspect

| | | | | |
|---|---|---|---|---|
| ID | Type | Occupant Name | | D.O.B. |
| Race | Sex | Age | Weight | Height ` " | Hair Color |
| Skin Tone | | Clothing | | |

### Vehicle

| | | | |
|---|---|---|---|
| LICENSE | MODEL | STATUS | Wrecker Company |
| STATE | YEAR | VEHICLE TYPE | DT Wrecker  Arrived |
| Lic Exp. Date | MAKE | BODY STYLE | DT  Wrecker Called |
| VIN | COLOR | VALUE | |

### Assigned Unit

Unit Number **214**            Officer   **Hinojosa, R. #202**

### Call Remarks

09/04/2004 16:41:31

ref animal complaint

# EULESS POLICE DEPARTMENT

Page 1

## OFFENSE Report

| ORI: TX2200900 | Incident No. 0600029188 | 6/21/2006 |
|---|---|---|

### Incident

| | | | |
|---|---|---|---|
| CAD No. 0600041652 | Other No. | Type **Non-Criminal** | Date Occur 05/04/2006 19:15 |
| Status **Open** | Clear. Date | Enter By: **Hill,A.A. #446** | Exc. Clear. |
| Inv. Status | Report By: **Ho,S.#388** 05/04/2006 | | Approv. By: **Neill,D.E. #36** 05/04/2006 |
| Fam. Viol. **No** | Narrative I0600029188.doc | Investigator **Unknown** | |
| Description | | | |

Officer Ho took an incident report for a city ordinance violation

Dispatch Location  203 IRONBRIDGE PL Euless

### - Offense No.  1                    Offense Recording Date  05/05/2006 12:33

| | | | |
|---|---|---|---|
| Off. Begin Date **05/04/2006 19:57** | Off. End Date **05/04/2006 20:28** | Entry Method | Attempt/Complete |
| Drug Seized | Gang Related | Hi-Speed Pursuit | Weapons Used |
| Offense Code | Offense **City Ordinance Violation** | | No. of Premises |
| Bias Motivation | | Agg Asslt/Homic. Circumst. | |
| Offense Addr.  **203 IRONBRIDGE PL Euless, TX 76039** | | | Loc.Type |
| Remarks | | | |

#### Victim(s)

| Name | DOB | Race | Sex | DL | Address |
|---|---|---|---|---|---|
| Concerned Citizen, | | | | | |

#### Victims (Organizations)

| Name | Phone | Address |
|---|---|---|

### Other Involved Person(s)

| Name | Role | DOB | Race | Sex | DL | Address |
|---|---|---|---|---|---|---|
| Merced, Jose Ramon | Involved | 04/19/1961 | White | Male | | 203 IRONBRIDGE PL , Euless, TX 76039 (817) 283-4643 (H) |

# EULESS POLICE DEPARTMENT

Page 2

## Incident Involved Persons Report

| ORI: TX2200900 | Incident No. 0600029188 | 6/21/2006 |
| --- | --- | --- |

### Incident

| | | | |
| --- | --- | --- | --- |
| CAD No. 0600041652 | Other No. | Type **Non-Criminal** | Date Occur 05/04/2006 19:15 |
| Status **Open** | Clear. Date | Enter By: Hill,A.A. #446 | Exc. Clear. |
| Inv. Status | Report By: Ho,S.#388 | 05/04/2006 | Approv. By: **Neill,D.E. #36**   05/04/2006 |
| Fam. Viol. **No** | Narrative  I0600029188.doc | | |
| Description | | | |

Officer Ho took an incident report for a city ordinance violation

### Persons

**Merced, Jose Ramon**                         Race:**White**      Sex:**Male**      HT:       WT:

Skin Tone:                    Hair Color:              Eyes:

Title:

Clothing:

Alias:

Role:  **Involved Person**

#### Vitals

| | | | | |
| --- | --- | --- | --- | --- |
| DOB:4/19/1961 | Ethnicity:**Non-Hispanic** | Marital Status: | | Resid. Status: |
| DOD: | # of Dependents: | Date Married: | Separate Date: | Divorce Date: |
| Religion: | | Citizenship: | Place of Birth: | |

#### Known Address(es)

Address:  **203 IRONBRIDGE PL Euless, TX 76039**                    Yrs @ Addr:      Date Enter: **05/05/2006**

#### Identifications

#### Medical Conditions

#### Employment

#### Education

#### Physical Characteristics

#### Advanced Characteristics

#### Phone Numbers

| (1) Phone No. | (2) Phone No. | (3) Phone No. | (4) Phone No. |
| --- | --- | --- | --- |
| (817) 283-4643 Home | | | |

**Concerned Citizen,**                          Race:         Sex:         HT:      WT:

Skin Tone:                 Hair Color:              Eyes:

Title

Clothing:

Alias

Role  **Victim**

#### Vitals

| | | | | |
| --- | --- | --- | --- | --- |
| DOB | Ethnicity | Marital Status: | | Resid. Status: |
| DOD | # of Dependents | Date Married | Separate Date: | Divorce Date: |
| Religion | | Citizenship | Place of Birth: | |

#### Known Address(es)

# EULESS POLICE DEPARTMENT

Page 3

**Incident Involved Persons Report**

| ORI: TX2200900 | Incident No. 0600029188 | 6/21/2006 |
|---|---|---|

Identifications
Medical Conditions
Employment
Education
Physical Characteristics
Advanced Characteristics
Phone Numbers

Incident Number: 0600029188

On Thursday 050406 at approximately 1957 hrs, I, Ofc H Ho #388 and Lt Neill were
dispatched to 203 Ironbridge in regards to City Ordinance Violation. A concerned citizen
advised that the residents were about to sacrifice several goats. When officers arrived,
Animal Control Officer K Spargur #17500 was already on scene talking to the
resident/Merced. Spargur advised that he did not see any goats and that Merced advised
him that he was not going to sacrifice any goats tonight. Merced asked what process he
would need to go through in order to sacrifice animals. He stated that he was part of the
Yoruba religion and it was in their practice that they sacrificed animals and then consume
them. Spargur advised Merced that it against city ordinance to slaughter animals,
however he was unsure if it would be ok if it was done for religious purposes. Merced
was told by Spargur to contact his supervisor in the morning to discuss the matter.
Merced advised that he would not sacrifice any animals until the matter was discussed.

No further information.



**MCKAMIE LAW**

13750 SAN PEDRO, SUITE 640
San Antonio, Texas 78232

210.546.2122    F 210.546.2130
*WWW.MCKAMIELAW.COM*

BRADFORD E. BULLOCK
bradford@mckamielaw.com

June 27, 2007

*VIA FACSIMILE 214-748-8693*
John Wheat Gibson, P.C.
701Commerce, Suite 800
Dallas, Texas 75202

Dear. Mr. Gibson,

Enclosed is a copy of the Defendant's Objections and Answers to Plaintiff's First Set of Interrogatories as well as the Defendant's Responses to Plaintiff's First Request for Admissions.

Yours Very Truly,

Misty Spears
Secretary to Bradford E. Bullock

Enclosure

CC:

Michael Q. Hyde
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Attorneys for the United States of America

*VIA CMRR# 7160 3901 9849 8448 8003*

Civil Action No. 4-06CV-891-A
**Exhibit 6**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSE MERCED, PRESIDENT, | § | |
| TEMPLO YORUBA OMO | § | |
| ORISHA TEXAS INC. | § | Civil Action No. 4-06CV-891-A |
| | § | |
| V. | § | |
| | § | |
| THE CITY OF EULESS | § | |

### DEFENDANT'S RESPONSES TO PLAINTIFF'S
### FIRST REQUEST FOR ADMISSIONS

TO:    Plaintiff Jose Merced by and through his attorney of record, John Wheat Gibson, John
Wheat Gibson, P.C., 701 Commerce, Suite 800, Dallas, Texas 75202.

NOW COMES Defendant THE CITY OF EULESS and submits the attached objections

and responses to Plaintiff's First Request for Admissions in accordance with FED. R. CIV. P. 36.

Respectfully Submitted,

**THE LAW OFFICES OF**
**WILLIAM M. McKAMIE, P.C.**
13750 San Pedro, Suite 640
San Antonio, Texas 78232
(210) 546-2122
(210) 546-2130 (facsimile)

_____
WILLIAM M. McKAMIE
Attorney in Charge
State Bar No. 13686800
BRADFORD E. BULLOCK
State Bar No. 00793423
**ATTORNEYS FOR DEFENDANT**

H:\Docs\Merced\Discovery\RRA.01.doc                                          1

**CERTIFICATE OF SERVICE**

I certify that on June 27, 2007, a complete and correct copy of the foregoing pleading was

served upon the following counsel of record in accordance with the Federal Rules of Civil

Procedure:

John Wheat Gibson, P.C.                    *VIA FACSIMILE 214-748-8693*
701Commerce, Suite 800
Dallas, Texas 75202

Michael Q. Hyde                            *VIA CMRR# 7160 3901 9849 8448 8003*
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Attorneys for the United States of America


WILLIAM M. MCKAMIE
BRADFORD E. BULLOCK

H:\Docs\Merced\Discovery\RRA.01.doc                                            2

## RESPONSES TO REQUEST FOR ADMISSIONS

3.      The Euless City Code prohibits the killing of any animal inside the City of Euless by any person other than a peace officer, health officer, or animal control officer, except domesticated fowl considered as general tablefare such as chicken or turkey.
   **RESPONSE:** Admitted.


23.      It is the contention of each Defendant in this lawsuit that animal sacrifice by the Plaintiff or any other member of the Santeria congregation at the Plaintiffs home is illegal under the Euless City Code.

**RESPONSE:**  Objection — the term "animal sacrifice" is ambiguous and unclear.
   Denied, as qualified. Qualification: The killing of livestock within the City limits is prohibited. The control of vermin, pests, and similar animals, including by killing such vermin, pests, and similar animals, is permitted. The Euless City Code prohibits the killing of any animal inside the City of Euless by any person other than a peace officer, health officer, or animal control officer, except domesticated fowl considered as general table fare such as chicken or turkey.


24.      It is the contention of each Defendant in this lawsuit that no permit will be issued or other variance granted to permit the Plaintiff or another member of the Santeria congregation to sacrifice a goat at the Plaintiff's home.

**RESPONSE:**  Objection — the term "sacrifice" is vague and unclear.
   Subject to objection, Admitted as qualified. Qualification: If the term "sacrifice" means killing of a goat, there is no city-issued permit or variance available to allow the killing of a goat within the City of Euless.


25.      The City of Euless has forbidden Mr. Merced and his co-religionists to sacrifice a goat on Mr. Merced's private real property.

**RESPONSE:**  Objection — the term "sacrifice" is vague and unclear.
   Subject to objection, Admitted as qualified. Qualification: If the term "sacrifice" means killing of a goat, such action is prohibited within the City of Euless.


26.      If the Plaintiff sacrifices a goat in a religious ceremony at the Plaintiff's home in Euless, Texas, he will expose himself to prosecution by one or more Defendants or their employees or agents for violating Section 10-3 of Article I of the Euless City Code.

**RESPONSE:**  Objection — the term "sacrifice" is vague and unclear.
   Subject to objection, Admitted as qualified. Qualification: If the term "sacrifice" means killing of a goat, such action is prohibited within the City of Euless.

27.     If the Plaintiff sacrifices a goat in a religious ceremony at the Plaintiff's home in Euless, Texas, he will expose himself to prosecution by one or more Defendants or their employees or agents for violating Section 10-65(4) of Article III of the Euless City Code.

**RESPONSE:**  Objection — the term "sacrifice" is vague and unclear.
        Subject to objection, Admitted as qualified. Qualification: If the term "sacrifice" means killing of a goat, such action is prohibited within the City of Euless.

28.     The complete prohibition of blood sacrifice on private property, and therefore of the Santeria religion inside the City of Euless serves no legitimate governmental purpose.

**RESPONSE:**  Objection — the term "blood sacrifice" is vague and unclear.
        Subject to objection, Admitted as qualified. Qualification: If the term "blood sacrifice" means killing of an animal, such action is prohibited within the City of Euless.

29.     It is the contention of each Defendant in this lawsuit that for the Plaintiff or any other member of the Santeria congregation to sacrifice a goat at the Plaintiff's home is illegal under the Euless City Code.

   **RESPONSE:**  Objection — the term "sacrifice" is vague and unclear.
        Subject to objection, Admitted as qualified. Qualification: If the term "sacrifice" means killing of a goat, such action is prohibited within the City of Euless.

## ANSWERS TO INTERROGATORIES

5.  To how many homeowners besides the Plaintiff did any Defendant in this cause refuse during the period from 1 January 2002 to the present to issue a permit or otherwise refuse to allow the planned killing of an animal on a homeowner's premises?

**ANSWER:**  Objection - the generic term "animal" in this context is ambiguous, unclear and overbroad. Subject to, and without waiving same, there is no city-issued permit or variance available to allow the killing of animals within the City of Euless

```
PREPARED  5/10/07              EULESS MUNICIPAL COURT              PAGE      1
CS630L.  14:15:59             VIOLATION STATISTICS
                                 OFFICER TOTALS              1/01/02 TO  5/10/07
------------------------------------------------------------------------------
OFFICER NAME                 VIOLATION DESCRIPITON                       COUNT
------------------------------------------------------------------------------
JAMES, LARRY                 ANIMAL (BARKING DOG-ORD. 10-66)               4

                                        TOTAL FOR OFFICER:                 4


RICHARD BOATWRIGHT           ANIMAL (BARKING DOG-ORD. 10-66)               1

                                        TOTAL FOR OFFICER:                 1


SPARGER, K                   ANIMAL (BARKING DOG-ORD. 10-66)               1

                                        TOTAL FOR OFFICER:                 1



                                        REPORT TOTAL:                      6
```

Civil Action No. 4-06CV-891-A

**Exhibit 7**

PREPARED   5/10/07                    EULESS MUNICIPAL COURT                    PAGE      1
CS630L    14:15:59                    VIOLATION STATISTICS          1/01/02 TO  5/10/07
                                       LOCATION TOTALS

--------------------------------------------------------------------------------
VIOLATION LOCATION                          COUNT
--------------------------------------------------------------------------------

THE 1207 BLOCK OF MEADOWVIEW D                1

510 HOLLIDAY LANE                             1

224 CANTERBURY                                1

912 BECKER                                    1

803 BENT TREE DRIVE                           1

803 BENT TREE                                 1


                    REPORT TOTAL:             6

```
PREPARED 5/10/07                  EULESS MUNICIPAL COURT                      PAGE      2
CS630L.  14:15:59                 VIOLATION STATISTICS              1/01/02 TO  5/10/07
                                     AGENCY TOTALS
-----------------------------------------------------------------------------------------
AGENCY NAME                              COUNT
-----------------------------------------------------------------------------------------
ANIMAL CONTROL OFFICER                     6


                      REPORT TOTAL:        6
```

Case 4:06-cv-00891-A   Document 64-2   Filed 02/11/08   Page 17 of 21   PageID 389

EULESS MUNICIPAL COURT
VIOLATION STATISTICS
VIOLATION TOTALS

---------------------------------------------------------------------------------
VIOLATION DESCRIPTION                          COUNT
---------------------------------------------------------------------------------
ANIMAL (BARKING DOG-ORD. 10-66)                  6


                    REPORT TOTAL:            6

```
PREPARED  3/16/07                Euless Municipal Court           PAGE      1
CS630L2   14:16:29              VIOLATION STATISTICS DETAIL
------------------------------------------------------------------------------
VIOLATION
VIOLATION DATE  CASE NUMBER  DEFENDANT                     OFFICER
------------------------------------------------------------------------------

8001

    3/14/2003   AC338501     HENDERSON, TRACI M            JAMES, LARRY
    4/13/2006   AC0366101    WOLFE, CYNTHIA                JAMES, LARRY
   10/23/2006   AC334901     BROOKS, LETICIA               JAMES, LARRY
   11/19/2006   AC366601     HARDER, KEVIN GLEN            SPARGER, K
   12/08/2006   AC355901     REYNOLDS, CALVIN              JAMES, LARRY
    2/06/2007   AC356001     REYNOLDS, CALVIN              RICHARD BOATWRIGHT

VIOLATION COUNT:      6


    TOTAL COUNT:      6
```

Euless Municipal Court

--------------------------------------------------------------------------------
VIOLATION
VIOLATION DATE   CASE NUMBER   DEFENDANT                          OFFICER
--------------------------------------------------------------------------------

Animal (Cruelty-Ord.) 10-65

VIOLATION COUNT:  Ø

     TOTAL COUNT:

```
PREPARED  5/11/07          Euless Municipal Court              PAGE     1
CS630L2   7:32:49         VIOLATION STATISTICS DETAIL
-------------------------------------------------------------------------
VIOLATION
VIOLATION DATE   CASE NUMBER   DEFENDANT                  OFFICER
-------------------------------------------------------------------------
```

Animal (Fail to Remove)

VIOLATION COUNT:  Ø

    TOTAL COUNT:

```
PREPARED 5/11/07              Euless Municipal Court                    PAGE      1
CS630L2    7:27:15          VIOLATION STATISTICS DETAIL
------------------------------------------------------------------------------------
VIOLATION
VIOLATION DATE   CASE NUMBER   DEFENDANT                        OFFICER
------------------------------------------------------------------------------------
```

Animal (Food, Shelter, vet care)

```
VIOLATION COUNT:   0

    TOTAL COUNT:
```