FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2009 OCT 20  AM 10: 10

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSE MERCED, PRESIDENT, TEMPLO YORUBA OMO ORISHA TEXAS, INC., | § § § § | |
| Plaintiff, | § § | Civil Action No. 4-06CV-891-A |
| vs. | § § | |
| THE CITY OF EULESS, | § § | |
| Defendant. | § | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S OPPOSED MOTIONS FOR ATTORNEYS' FEES, TAXABLE COSTS AND UNTAXABLE COSTS**

COMES NOW THE CITY OF EULESS, Defendant and files its Response to Plaintiff's Motion for Attorneys' Fees, Taxable Costs and Untaxable Costs, and would respectfully show the following:

**I. INTRODUCTION**

1. Plaintiff Merced's trial and appellate counsel correctly state the law regarding the award and reasonableness of attorney fees – it is controlled by state law. *Mathis v. Exxon Corp.*, 302 F.3d 448, 461 (5th Cir. 2002). That is why, in spite of the Fifth Circuit's Order dated September 14, 2009[1], neither trial nor appellate counsel are entitled to attorney's fees because they were never pled by Merced, no timely motion to amend pleadings or pretrial order has been filed by Merced, Merced failed to timely designate experts on the issue of attorney fees and thus has presented no competent evidence in

---

[1] See Case 4:06-cv-00891-A, Document 148.

support of fees, the issue was not tried by consent, Euless objected to Merced's request for fees as soon as it learned the request would be made, and awarding fees at this late stage amounts to unfair surprise, and is thus patently prejudicial to Euless. *See Swate v. Medina Cmty. Hosp.*, 966 S.W.2d 693, 701 (Tex.App.—San Antonio 1998, pet. denied).

2. Merced waited almost three years[2] to put Euless on notice that he would seek the recovery of attorney fees. Such a delay is inexcusable and precludes Merced from obtaining an award of fees when nothing prevented him from timely asserting them in the first place.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Defendant-Appellees, City of Euless request the Court deny Plaintiff-Appellant, Jose Merced's Opposed Motion(s) For Attorney's Fees, Taxable Costs and Untaxable Costs.

Respectfully submitted,

By: _____
BRADFORD E. BULLOCK
State Bar No. 00793423

WILLIAM M. MCKAMIE
State Bar No. 13686800
BRADFORD E. BULLOCK
State Bar No. 00793423
**LAW OFFICES OF
WILLIAM M. MCKAMIE, P. C.**
941 Proton Road
San Antonio, Texas 78258
210.546.2122
210.546.2130 (Facsimile)

**COUNSEL FOR DEFENDANT**

---

[2] Merced filed his Original Complaint on **December 22, 2006**. See Case 4:06-cv-00891, Document 1.

WILLIAM ANDREW MESSER
State Bar No. 13472230
MESSER, CAMPBELL & BRADY, L.L.P.
6351 Preston Road, Suite 350
Frisco, Texas 75034
972.424.7200
972.424.7244 (Facsimile)

**LOCAL COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that on October 19, 2009, a complete and correct copy of the **DEFENDANT'S RESPONSE TO PLAINTIFF'S OPPOSED MOTIONS FOR ATTORNEYS' FEES, TAXABLE COSTS AND UNTAXABLE COSTS** was served upon the following counsel of record in accordance with the Federal Rules of Civil Procedure:

| | |
|---|---|
| John Wheat Gibson<br>701 Commerce, Suite 520<br>Dallas, Texas 75202 | *Via CMRRR # 7160 3901 9848 2764 1329* |
| Eric C. Rassbach<br>Hannah C. Smith<br>Lori H. Windham<br>Luke W. Goodrich<br>The Becket Fund for Religious Liberty<br>1350 Connecticut Avenue, NW<br>Suite 605<br>Washington, DC 20036 | *Via CMRRR # 7160 3901 9848 2764 1336* |
| Professor Douglas Laycock<br>Yale Kamisar Collegiate<br>Professor of Law<br>University of Michigan Law School<br>625 S. State St.<br>Ann Arbor, MI 48109 | *Via CMRRR # 7160 3901 9848 2764 1343* |

_____
**WILLIAM M. MCKAMIE**
**BRADFORD E. BULLOCK**