IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSE MERCED, PRESIDENT, TEMPLO YORUBA OMO ORISHA TEXAS INC., | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 4-06CV-891-A |
| THE CITY OF EULESS, | § § | |
| Defendant. | § | |

### JOINT STIPULATION OF DISMISSAL
### OF ATTORNEYS' FEES MOTIONS WITH PREJUDICE

TO THE HONORABLE JUDGE OF THE COURT:

WHEREAS Plaintiff filed motions for attorneys' fees on September 30, 2009;

WHEREAS the parties entered into a mediated settlement agreement on January 26, 2010;

AND WHEREAS, as part of that agreement, the Defendant City of Euless has agreed to pay Plaintiff Jose Merced a sum of $175,000 in attorneys' fees,

In consideration of and pursuant to that agreement,

COMES NOW Plaintiff, JOSE MERCED and Defendant, THE CITY OF EULESS, and files their Joint Stipulation of Dismissal of Attorneys' Fee Motions with Prejudice.

1. Plaintiff moves to dismiss any and all motions for attorneys' fees.

2. Defendant, who has responded, agrees to the dismissal.

3. This stipulation of dismissal of all motions for attorneys' fees actually filed and/or that could have been filed by the Plaintiff is with prejudice to refiling.

4. The parties stipulate that dismissal will resolve the only outstanding claim between them.

5. The parties stipulate that this dismissal has no effect upon the final judgment and permanent injunction already entered on September 16, 2009, and that the permanent injunction remains in full force and effect.

Respectfully submitted,

*[signature]*

BY: BRADFORD E. BULLOCK
State Bar No. 00793423

WILLIAM M. MCKAMIE
State Bar No. 13686800
By: Bradford E. Bullock
BRADFORD E. BULLOCK
State Bar No. 00793423
Law offices of William M. McKamie, P.C.
941 Proton Road
San Antonio, Texas 78258
210.546.2122
210.546.2130 (Fax)

ATTORNEYS FOR DEFENDANT

Respectfully submitted,

BY: JOHN WHEAT GIBSON
State Bar No. 07868500

JOHN WHEAT GIBSON
State Bar No. 07868500
By: John Wheat Gibson
701 Commerce, Suite 800
Dallas, Texas 75202
214.748.6944
214.748.8693

BY: ERIC C. RASSBACH
State Bar No. 24013375

Eric C. Rassbach
State Bar No. 24013375
Lori Halstead Windham
Hannah C. Smith
Luke W. Goodrich
The Becket Fund for Religious Liberty
3000 K St., NW, Suite 220
Washington, DC 20007
202.955.0095
202.955.0090 (Fax)

ATTORNEYS FOR PLAINTIFF

Respectfully submitted,                    Respectfully submitted,

*/s/ John Wheat Gibson*

_____                _____
BY: BRADFORD E. BULLOCK                    BY: JOHN WHEAT GIBSON
State Bar No. 00793423                     State Bar No. 07868500


WILLIAM M. MCKAMIE                         JOHN WHEAT GIBSON
State Bar No. 13686800                     State Bar No. 07868500
By: Bradford E. Bullock                    By: John Wheat Gibson
BRADFORD E. BULLOCK                        701 Commerce, Suite 800
State Bar No. 00793423                     Dallas, Texas 75202
Law offices of William M. McKamie, P.C.    214.748.6944
941 Proton Road                            214.748.8693
San Antonio, Texas 78258
210.546.2122
210.546.2130 (Fax)                         */s/ Eric C. Rassbach*

                                           _____
ATTORNEYS FOR DEFENDANT                    BY: ERIC C. RASSBACH
                                           State Bar No. 24013375


                                           Eric C. Rassbach
                                           State Bar No. 24013375
                                           Lori Halstead Windham
                                           Hannah C. Smith
                                           Luke W. Goodrich
                                           The Becket Fund for Religious Liberty
                                           3000 K St., NW, Suite 220
                                           Washington, DC 20007
                                           202.955.0095
                                           202.955.0090 (Fax)


                                           ATTORNEYS FOR PLAINTIFF